COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Carolyn Calkins James, Individually and as next friend of her elderly
                         mother, Mary Olive Calkins v. Honorable Olen Underwood,
                         Honorable Patrick Sebesta and Fidelity and Deposit Company of
                         Maryland, Richard Stephen Calkins as agent in fact for Mary Olive
                         Calkins and Michael Easton, Individually and as assignee of Richard
                         Stephen Calkins

Appellate case number:   01-13-00277-CV

Trial court case number: 2012-51725

Trial court:             80th District Court of Harris County

On October 18, 2013, Michele Barber Chimine, co-counsel for appellant, filed a First Supplemental Motion to Withdraw. This motion supplements her initial Motion to Withdraw filed on October 15, 2013. After review of the motions, the Court finds that together they are in compliance with Texas Rule of Civil Procedure 6.5, and therefore **GRANTS** the motions together as one motion to withdraw.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                         ☒  Acting individually      ☐  Acting for the Court

Date:  October 29, 2013